**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**FIVE THAIS, INC., a California corporation, dba RACHA NOODLE, LEUANG LOTAKOON aka LEUANG NIRAVANH, SOMMAK NIRAVANH aka SOMSACK NIRAVANH dba LAO MARKET, and DOES ONE through FIFTY, inclusive,**<br><br>     **Defendants.** | Case No. 2:12-CV-00697 MCE CMK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff MARSHALL LOSKOT and Defendants LEUANG NIRAVANH and SOMSACK NIRAVANH, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 6, 2012   /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**DONAHUE DAVIES LLP**

Dated: August 6, 2012   /s/ Lori Mae Daugherty
Lori Mae Daugherty, Attorneys for Defendants,
**LEUANG LOTAKOON aka LEUANG NIRAVANH, SOMMAK NIRAVANH aka SOMSACK NIRAVANH dba LAO MARKET**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs FIVE THAIS, INC., et al.</u>, Case Number 12-CV-697 MCE CMK, is dismissed with prejudice with each party to bear their own attorney fees and costs. The Clerk of the Court is directed to close this case.

Dated: August 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE